09-2245

# **STATEMENT REGARDING ORAL ARGUMENT**

Defendants-Appellees Laborers' International Union of North America; Terence M. O'Sullivan; Randy Mayhew, request oral argument to address any questions related to the record, as well as the legal arguments made by either party, in this matter.